**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1063

HATTIE C. THOMBS,

Plaintiff - Appellant,

versus

SCHOOL DISTRICT OF GREENVILLE COUNTY, SOUTH
CAROLINA,

Defendant - Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry F. Floyd, District Judge.
(CA-02-3055-6-26)

Submitted:  June 17, 2005               Decided:  July 7, 2005

Before LUTTIG, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Hattie C. Thombs, Appellant Pro Se.  Steven Mark Wynkoop, Giles
Martin Schanen, Jr., NELSON, MULLINS, RILEY & SCARBOROUGH,
Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Hattie C. Thombs appeals the district court's order granting summary judgment to the Defendant on her claims of failure to accommodate under the Americans with Disabilities Act, 42 U.S.C. §§ 12101 to 12213 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Thombs v. School District of Greenville Cnty, No. CA-02-3055-6-26 (D.S.C. Dec. 10, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED